1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

ERIN H. AUE (BROWN),

Plaintiff,

CASE NO. C17-5704 JCC-BAT

9

v.

**REPORT AND RECOMMENDATION**

10

NANCY A BERRYHILL,

11

Defendant.

12

13        The Court has reviewed the parties' stipulated motion to remand and the case record. Dkt.

14   15. The Court recommends **GRANTING** the stipulated motion, and **REVERSING** and

15   **REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) for a *de novo* hearing.

16   On remand, the Commissioner will re-evaluate Jason Etzel, M.D.'s November 2013 and April

17   2015 opinions. In doing so, the Commissioner will state what weight is afforded to those

18   opinions and discuss whether the Commissioner is accepting or rejecting the specific limitations

19   in each opinion.  Plaintiff shall have the opportunity to submit new evidence.

20        **The district court may consider this stipulated motion immediately.**

21        DATED this 4th day of January, 2018.

22

23
                                                    _____
                                                    BRIAN A. TSUCHIDA
                                                    United States Magistrate Judge

REPORT AND RECOMMENDATION - 1