THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIN H. AUE (BROWN), | CASE NO. C17-5704-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties (Dkt. No. 19), the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's counsel's declaration and exhibits (Dkt. No. 19-2–19-5), the Court ORDERS that Plaintiff is awarded $2,276.05 in attorney fees. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for attorney fees shall be made payable to Amy Gilbrough.

The check shall be mailed to Ms. Gilbrough at the following address: Douglas Drachler McKee & Gilbrough, 1904 Third Avenue, Suite 1030, Seattle, WA 98101.

//

//

1       DATED this 20th day of March 2018.

*[Signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE